582

450 A.2d 188

Commonwealth v. Williams, Appellant.

Submitted September 23, 1981. John D. Flinchbaugh, Assistant Public Defender, for appellant; Richard H. Horn, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence of the learned York County Common Pleas Court Judge Joseph E. Erb is affirmed.

450 A.2d 188

Com. ex rel. Tabb v. Tabb, Appellant.

Argued May 5, 1982. Earl W. Trent, Jr., for appellant; Gary Goldman, for appellee.

Before SPAETH, ROWLEY and CIRCILLO, JJ.

The order of the court is hereby affirmed.